ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
ETHAN L. CARROLL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

LORINDA LARYEA
Acting Chief
Fraud Section
DANIEL E. ZYTNICK
Trial Attorney
Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EMIL EIDE,<br><br>Defendant. | CASE NO. 2:26-CR-0109-TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Document filed with the Court in connection with the criminal prosecution of the above-captioned defendant and the government's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government, counsel for defendant, and the Pretrial Services Office.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

*for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

**IT IS SO ORDERED.**

DATED: August 20, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE