ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

LORINDA LARYEA
Chief, White Collar and Corporate Enforcement Section
DANIEL E. ZYTNICK
Trial Attorney
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS EMIL EIDE,<br><br>Defendant. | CASE NO. 2:26-CR-0109 TLN;<br>RELATED CASE NO. 2:26-CR-0165-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>CURRENT DATE: November 12, 2026<br>PROPOSED DATE: April 29, 2027<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

## STIPULATION

1. Defendant Thomas Eide pleaded guilty to an Information on August 20, 2026. ECF 12.

2. The Court previously set a status conference regarding the defendant's sentencing hearing on November 12, 2026. *Id.*

3. By this stipulation, the defendant requests to continue the status conference regarding his sentencing hearing until April 29, 2027, at 9:30 a.m.

//

//

//

4. Defense counsel desire additional time to consult with their client, review the discovery, conduct investigation and research, and to otherwise prepare for their client's sentencing hearing.

IT IS SO STIPULATED.

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
ETHAN L. CARROLL
Assistant United States Attorneys

Dated: November 5, 2026

/s/ *Daniel B. Olmos*
DANIEL B. OLMOS
CHRISTOPHER WHELESS
DAVID R. CALLAWAY
Counsel for Defendant
THOMAS EMIL EIDE

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of November, 2026.

Troy L. Nunley
Chief United States District Judge